ANNETTE KINGSLAND ZIEGLER, J.
¶ 80. (concurring). I join all but ¶ 23 of the opinion of the court. In my view, the plain text of Wis. Stat. § 767.43(1) is unambiguous. The court's further analysis of § 767.43(1) simply confirms that the obvious interpretation of the statute is the correct one. See, e.g., Hirschhorn v. Auto-Owners Ins. Co., 2012 WI 20, ¶¶ 34-36, 338 Wis. 2d 761, 809 N.W.2d 529 (using canons of construction to confirm, but not displace, the plain meaning of an unambiguous term); Anderson v. Aul, 2015 WI 19, ¶¶ 111, 114, 361 Wis. 2d 63, 862 N.W.2d 304 (Ziegler, J., concurring) (analysis of statutory history and consideration of absurd results can be used to confirm an unambiguous statute's plain meaning); Noffke ex rel. Swenson v. Bakke, 2009 WI 10, ¶ 18, 315 Wis. 2d 350, 760 N.W.2d 156 (noting that reliance on a dictionary does not render a word or phrase ambiguous).[1]
¶ 81. For the foregoing reasons, I respectfully concur.
¶ 82. I am authorized to state that Justice MICHAEL J. GABLEMAN joins this opinion.